UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

———————————————————————

DARIUS MICHAEL DUGGAN,

                              Plaintiff,

                                                                                 ORDER
          v.                                                                   13-CV-424A

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                              Defendant.

———————————————————————

        The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B). On March 24, 2014, Magistrate Judge Scott filed a Report and Recommendation, recommending that the decision of the Commissioner be reversed and this matter be remanded for further administrative proceedings. Magistrate Judge Scott further recommends that defendant's motion for judgment on the pleadings (Dkt. 14) should be denied and plaintiff's motion for similar relief in his favor (Dkt. 15) should be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, the decision of the Commissioner is reversed and the matter is remanded for further administrative proceedings. Further, defendant Commissioner's motion for judgment on the pleadings

is denied, and plaintiff's motion for similar relief in his favor is granted.

The Clerk of Court shall take all steps necessary to close the case.


                                                                         ____*Richard J. Arcara*_____
                                                                         HONORABLE RICHARD J. ARCARA
                                                                         UNITED STATES DISTRICT COURT


Dated:  April 15, 2014